# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANDRE M. HAYWOOD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1679

[September 15, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County, Daliah H. Weiss, Judge; L.T. Case No. 50-2018-CF-005065-AXXX-MB.

Andre M. Haywood, Chipley, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***